UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RODRIGUEZ-ARANGO,

        Petitioner,         Case Number 12-11973
                                Honorable David M. Lawson

v.

THOMAS WINN,

        Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on the petitioner's motion for reconsideration of the Court's June 13, 2016 order denying the petitioner's motion to stay his habeas petition. The Court has reviewed the petitioner's motion and finds that he has shown no palpable defect that misled the Court as to the merits of his previous motion. The Court therefore will deny the motion.

Motions for reconsideration may be granted pursuant to E.D. Mich. LR 7.1(h)(1) when the moving party shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(h)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted). "Generally . . . the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court." E.D. Mich. LR 7.1(h)(3). "A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." E.D. Mich. LR 7.1(h)(1). The present motion seeks merely to relitigate issues previously raised by the petitioner and addressed by the Court in its order, and it therefore must be denied.

Accordingly, it is **ORDERED** that the petitioner's motion for reconsideration of the Court's opinion and order dismissing the petition [dkt. #22] is **DENIED**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: July 5, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 5, 2016.

                         s/Susan Pinkowski
                         SUSAN PINKOWSKI